

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CUIDADO CASERO HOME HEALTH OF EL PASO, INC., | § | No. 08-11-00332-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 448th Judicial District Court |
| | § | |
| AYUDA HOME HEALTH CARE SERVICES, LLC, EDWING A. | | of El Paso County, Texas |
| MARTINEZ, LIZETTE MARTINEZ, | § | |
| | | (TC#2009-727) |
| JESUS R. RODRIGUEZ, AND OLGA L. | § | |
| RODRIGUEZ, | | |
| | § | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment granting summary judgment as to Appellees Ayuda Home Health, Edwing A. Martinez, Lizette Martinez, and Jesus R. Rodriguez is affirmed in its entirety. The trial court's judgment granting summary judgment in favor of Appellee Olga L. Rodriguez is affirmed as to Appellant's claims for misappropriation of trade secrets and conversion and reversed as to Appellant's claims for breach of contract and breach of fiduciary duty. The case is remanded for further proceedings in accordance with the opinion of this Court.

We further order that Appellant, and its sureties, if any,[1] and Appellee Olga L. Rodriguez each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF MAY, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

---

[1] *See* TEX. R. APP. P. 43.5.